# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID PAUL EMGE, <br> AIS #308906, <br>     Plaintiff, <br><br> v. <br><br> MOBILE COUNTY METRO JAIL, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION NO. 1:21-00547-JB-N <br> ) <br> ) <br> ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 12) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated July 22, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff David Paul Emge's first amended complaint (Doc. 3) be **DISMISSED without prejudice** for failure to prosecute. Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE and ORDERED** this 18th day of August, 2022.

                                                /s/ JEFFREY U. BEAVERSTOCK
                                                CHIEF UNITED STATES DISTRICT JUDGE